IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>TATYANA SHVETS,<br><br>   Defendant and Debtor.<br><br>NORDSTROM 401(K) PLAN,<br>(and its Successors and Assignees)<br><br>   Garnishee. | Case No. 2:21-mc-00209-MCE-KJN<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF GARNISHMENT**<br><br>Criminal Case No. 2:12-CR-00322-JAM |

On August 24, 2021, the United States filed an Application for Writ of Garnishment against defendant and debtor Tatyana Shvets's ("Debtor") interest in property. ECF 1. The Clerk of the Court issued the Writ and Clerk's Notice to Debtor. ECF 4, 5. The United States served the Writ and related documents on Nordstrom 401(k) Plan ("Garnishee") and Debtor. ECFs 7 and 8.

On September 13, 2021, Garnishee served its Acknowledgment of Service and Answer of Garnishee ("Answer"), stating that it has possession of a 401(k) plan with an approximate total value of $26,800.00. ECF 11 (Entered on September 17, 2021). Debtor did not file a claim of exemption to the

proposed garnishment or request a hearing, did not object to Garnishee's Answer, and did not otherwise object to the United States' garnishment action.  *See* Docket.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302, on October 13, 2021, the Magistrate Judge issued findings and recommendations that recommended that the United States' request for final order of garnishment be granted and ordered that any objections were due within 14 days after service. ECF 13.  The United States served the findings and recommendations on Debtor on October 13, 2021. ECF 14.  Debtor did not object and the time to do so has passed.  *See* Docket.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case.  Having carefully reviewed the file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.  Accordingly,

1. The United States' Request for Findings and Recommendations for Final Order of Garnishment is GRANTED;

2. Nordstrom 401(k) Plan is directed to pay the Clerk of the United States District Court all of the funds held by Garnishee in which Debtor has an interest within fifteen (15) days of the filing of the Final Order.  Payment shall be made in the form of a cashier's check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:12-CR-00322-JAM) shall be stated on the payment instrument;

3. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

4. The garnishment shall terminate when the payment is deposited with the Clerk of the Court.

IT IS SO ORDERED.

Dated:  November 9, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE